UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SURENDRA K. SHRIVASTAVA,<br><br>                Plaintiff,<br>   v.<br><br>FRY'S ELECTRONICS, INC.,<br><br>                Defendant. | Case No.: 11-CV-01833-LHK<br><br>ORDER SETTING BRIEFING SCHEDULE REGARDING MOTION TO REMAND<br><br>(re: dkt. #11) |

Upon reassignment of this action to the undersigned on April 28, 2011, Plaintiff re-noticed his motion to remand for a hearing on September 1, 2011. *See* Dkt. #11. The Court finds an expedited briefing schedule appropriate for Plaintiff's motion.

Accordingly, Defendant's opposition is due by Friday, June 24, 2011, and Plaintiff's reply is due by Friday, July 1, 2011.

**IT IS SO ORDERED.**

Dated: June 1, 2011

                                                       _____
                                                       LUCY H. KOH
                                                       United States District Judge